**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**

DARRELL SULLIVAN,

    Plaintiff,                              CASE NO.: 5:18-cv-00178-JMH

-vs-

ONEMAIN FINANCIAL GROUP, LLC

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COMES NOW** the Plaintiff, DARRELL SULLIVAN, and the Defendant, ONEMAIN FINANCIAL GROUP, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 17th day of December, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Reid S. Manley* |
| Octavio Gomez, Esquire | Reid S. Manley, Esquire |
| Florida Bar No.: 0338620 | Kentucky Bar No. 90360 |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman, LLP |
| 201 N. Franklin Street, Suite 700 | 420 North 20th Street, Suite 3400 |
| Tampa, Florida 33602 | Birmingham, Alabama 35203 |
| Tele: (813) 223-5505 | Telephone: 205-251-3000 |
| Fax: (813) 223-5402 | Facsimile: 205-458-5100 |
| Primary Email: TGomez@ForThePeople.com | Primary Email: RManley@Burr.com |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |