UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| DARRELL SULLIVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEMAIN FINANCIAL GROUP, LLC, )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No.<br>5:18-cv-178-JMH<br><br>**ORDER** |

\*\*\*

This matter is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. [DE 14]. On April 12, 2018, this matter was held in abeyance pending the completion of binding arbitration. [DE 13]. Now, the parties seek a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii). [DE 14].

Here, the joint stipulation of dismissal is signed by all parties to the action and will resolve all remaining claims. Accordingly, **IT IS ORDERED** as follows:

(1) The parties' Joint Stipulation of Dismissal [DE 14] is **GRANTED**;

(2) All claims and counts in this matter are **DISMISSED WITH PREJUDICE**;

(3) The parties **SHALL** bear their own fees, costs, and expenses; and

(4) This matter **SHALL** be stricken from the Court's active docket.

This the 17th day of December, 2018.

Signed By:
Joseph M. Hood
Senior U.S. District Judge